```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO GORDON,

                Plaintiff,

- against -

CORRECTION OFFICER POLLARD, et al.,

                Defendants.

**ORDER**

09 Civ. 1914 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the Court on **December 7, 2009, at 10:30 a.m.**

    On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this order, if you need further information direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 24th day of November 2009**
New York, New York

                                                */s/ Ronald L. Ellis*
                                                The Honorable Ronald L. Ellis
                                                United States Magistrate Judge